FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN -3 AM 9: 58

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

BRUCE BERNARD TOWNSEND, )
)
    Movant, )
)
v. ) Case No. CV410-287
) CR498-106
UNITED STATES OF AMERICA, ) CV410-005
) CV402-148
    Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 3 day of January, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA